**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-1799**

─────────────

DOYAL FINLEY,

Plaintiff - Appellant,

versus

FEDERAL EXPRESS CORPORATION,

Defendant - Appellee.

─────────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Alexander Williams, Jr., District Judge. (CA-97-622-AW)

─────────────

Submitted: July 30, 1998          Decided: August 26, 1998

─────────────

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Doyal Finley, Appellant Pro Se. Eric Hemmendinger, SHAWE & ROSEN-THAL, Baltimore, Maryland; Colby S. Morgan, Jr., FEDERAL EXPRESS CORPORATION, Memphis, Tennessee, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting Defendant's summary judgment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Finley v. Federal Express Corp.</u>, No. CA-97-622-AW (D. Md. Feb. 28, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>